IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISION

PRIDE OF THE SOUTH CATFISH, INC.                                                         PLAINTIFF

VS.                                                         CIVIL ACTION NO.  4:07-CV-00152-TSL-LRA

SOUTHERN PRIDE CATFISH, a division of
AMERICAN SEAFOODS GROUP, LLC                                                        DEFENDANT

### AGREED JUDGMENT OF DISMISSAL AS TO AMERICAN PRIDE SEAFOODS, A DIVISION OF AMERICAN SEAFOODS GROUP, LLC, WITH PREJUDICE

THIS MATTER having come before the Court on Motion ore tenus of Plaintiff and the Court having been advised that Defendant, Southern Pride Catfish, a division of American Seafoods Group, LLC, has no objection to the dismissal and, in fact, is agreeing to said dismissal, and the Court being fully advised in the premises, the Court finds that Southern Pride Catfish, a division of American Seafoods Group, LLC, should be and is hereby dismissed with prejudice in this civil action.

IT IS, THEREFORE, ORDERED, adjudged and decreed that Southern Pride Catfish, a division of American Seafoods Group, LLC, is dismissed with prejudice in this civil action.

SO ORDERED, this the 9th day of September, 2008.

/s/Tom S. Lee
UNITED DISTRICT COURT JUDGE

APPROVED:

/s/   M. Jay Nichols
M. JAY NICHOLS, ESQUIRE, MSB #10066
Nichols, Crowell, Gillis, Cooper & Amos, PLLC
Post Office Box 1827
Columbus, Mississippi  39703-1827
Telephone: 662-243-7443  Fax: 662-328-6890
ATTORNEY FOR PLAINTIFF

/s/ William C. Reeves
WILLIAM C. REEVES, ESQUIRE, MSB #4709
Balch & Bingham, LLP
401 E. Capitol Street, Suite 200
Jackson, Mississippi  39201
Telephone: 601-965-8176 Fax: 1-888-754-9494
ATTORNEY FOR DEFENDANT
SOUTHERN PRIDE CATFISH, A DIVISION OF
AMERICAN SEAFOODS GROUP, LLC